James Weiler; AZ Bar No. 034371
Michael Zoldan; AZ Bar No. 028128
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
jweiler@zoldangroup.com
mzoldan@zoldangroup.com

Attorneys for Plaintiff
Linda Wright

ZOLDAN LAW GROUP, PLLC
14500 N. Northsight Blvd., Suite 133 Scottsdale, Arizona 85260
Tel & Fax: 480.442.3410 – mzoldan@zoldangroup.com

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| **Linda Wright,** Individually and on Behalf of All Others Similarly Situated;<br><br>Plaintiffs,<br><br>v.<br><br>**Richardson's Cuisine of New Mexico, Inc.,** a New Mexico company; **Burning Embers Fish and Steakhouse, LLC,** an Arizona company; **Vino Di Rico, LLC,** an Arizona company; and **Richardson Browne,** an Arizona resident;<br>Defendants. | **Case No. CV-18-4864-PHX-DLR**<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br><br>**(Assigned to the Hon. Douglas L. Rayes)** |

Pursuant to F.R.Civ.P. 41(a)(1)(A), Plaintiff, by and through undersigned counsel, hereby gives notice of voluntary dismissal of the Complaint in this action against all Defendants.

RESPECTFULLY SUBMITTED March 18, 2019.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ James Weiler _____
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Attorneys for Plaintiff Linda Wright

**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133 Scottsdale, Arizona 85260
Tel & Fax: 480.442.3410 – mzoldan@zoldangroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2019, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System.  All counsel of record are registrants and are therefore served via this filing and transmittal. Notice of Electronic Filing to the following CM/ECF registrants:

David A. Selden
Heidi Nunn-Gilman
Julie A. Pace
THE CAVANAGH LAW FIRM
1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
dselden@cavanaghlaw.com
hnunngilman@cavanaghlaw.com
Jpace@cavanaghlaw.com

By: /s/ Elizabeth Medina